### FREEMAN v. THE STATE.
(Decided April 22, 1915.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. E. GREENE.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed for want of prosecution.

---

### GAINES v. THE STATE.
(Decided April 22, 1915.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Dismissed by appellant.

---

### GINGOLD v. COPLON.
(Decided April 20, 1915.)

APPEAL from Birmingham City Court.

Heard before Hon. JOHN H. MILLER.

No counsel marked for appellant. BAUGH & EMERSON, for appellee.

Per curiam. Appeal dismissed for want of prosecution.